United States District Court

District of Minnesota

F & A Dairy Products, Inc

Plaintiff(s),

JUDGMENT BY DEFAULT

-vs-

Civil No. 01-821 RHK/SRN

Liberty Food Group

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant Liberty Food Group the sum of One Million, Seven Hundred Thousand Seventy-five, Six Hundred Seventy and 71/100 Dollars ($ 1,775.670.71)

FRANCIS E. DOSAL, CLERK

DATED: 6/25/01

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

| | | |
|---|---|---|
| Principal/Damages | | $ |
| Costs and disbursements | | $ |
| Interest to | $ | |
| Surcharge | | $ |
| TOTAL JUDGMENT | | $ |