UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

F&A Dairy Products, Inc.,

Plaintiff,

Civil Action No.: 01-821 RHK/SRN

v.

**ORDER**

Liberty Food Group, LLC, Frank Ferro, Sr., and Frank Gambino,

Defendants.

This matter is before the Court on Plaintiff F&A Dairy Products, Inc.'s Motion for the Entry of Judgment against Defendants Frank Ferro, Sr. and Frank Gambino pursuant to the terms of the Settlement Agreement, Mutual Release and Stipulation and Consent to Entry of Judgment between Plaintiff, Frank Ferro, Sr. and Frank Gambino (the "Settlement Agreement"), which is on file with the Court.

Based upon the Affidavit of Failure of Payment, the terms of the Settlement Agreement, and all of the Court's files in this matter, it is hereby ORDERED:

1. Plaintiff's Motion for Entry of Judgment Against Defendants Frank Ferro, Sr. and Frank Gambino pursuant to the Settlement Agreement is GRANTED in all respects;

2. Plaintiff is entitled to Entry of Judgment against Defendant Frank Ferro, Sr. in the amount of $1,193,125.92; and

3. Plaintiff is entitled to Entry of Judgment against Defendant Frank Gambino in the amount of $1,193, 125.92.

FILED SEP 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 25 2001
DEPUTY CLERK

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 9/25, 2001

By: ______________________
The Honorable Richard H. Kyle
United States District Court Judge

idmsstp:637522_1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: SEP 25 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995