UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 01-821 RHK/SRN

F& A Diary Products, Inc.,

Plaintiff,

vs.

Liberty Food Group, Frank Ferro, Sr., and Frank Gambino,

Defendants.

**SATISFACTION OF JUDGMENT**

Karl E. Robinson, one of the attorneys for the judgment creditor, hereby certifies that the judgment entered and docketed in the court above named in the action above entitled on September 25, 2001, in favor of the Plaintiff and against the Defendant for the sum of One Million Seven Hundred Seventy-Five, Thousand Six Hundred Seventy and 71/100 Dollars ($1,775.670.71), has been paid and satisfied in full; and that the Clerk of Court is hereby authorized to discharge said judgment of record.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 12th day of October, 2005.

In Presence of

Wm. A. McNab

Jane L. Schaub
Jane Schaub

WINTHROP & WEINSTINE, P.A.

By: [signature]
Karl E. Robinson (#0274045)
Attorneys for Plaintiff
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6557

SCANNED
NOV - 7 2005
U.S. DISTRICT COURT

STATE OF MINNESOTA )
) ss
COUNTY OF Hennepin )

On this 12 day of October, 2005, before me personally appeared Karl E. Robinson, an attorney for the judgment creditor above named, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Subscribed and sworn to before me
this 12 day of October, 2005.

Jane L Schaub
Notary Public

2498457v1

JANE L. SCHAUB
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

November 4, 2005

Karl E. Robinson
Direct Dial: (612) 604-6557
Direct Fax: (612) 604-6957
krobinson@winthrop.com

Clerk of Court
United States District Court
United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *F&A Dairy Products, Inc. v. Liberty Food Group, LLC, et al.*
Civil No. 01-821 RHK/SRN

Dear Clerk of Court:

Enclosed for filing in the above reference matter, please find Plaintiff F&A Dairy Products, Inc.'s Satisfaction of Judgment. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

Karl E. Robinson

KER/jls

2534477v1

cc: Todd Gurstel, Esq.
Jeffrey Terranova